BEFORE THE THIRD DIVISION, OCTOBER 21, 1940

**No. 44595.**—Protest 1986–K of L. & C. Hardtmuth, Inc. (New York).

Opinion by Cline, J. The protest was submitted without evidence in support of the claims made. On the record presented it was overruled.

**No. 44596.**—Protests 891332–G, etc., of Conestoga Cream & Cheese Mfg. Corp. (New York).

Opinion by Keefe, J. In accordance with stipulation of counsel and on the authority of *Stokby* v. *United States* (4 Cust. Ct. 343, C. D. 358) it was held that 10 percent allowance should have been made for the weight of the gelatinous material in question.

BEFORE THE FIRST DIVISION, OCTOBER 22, 1940

**No. 44597.**—Protest 979409–G of Electro Metallurgical Co. (New York).

Opinion by Walker, J. In accordance with the report of the deputy collector of the drawback division admitting the correctness of the plaintiff's claim, the protest was sustained.

OCTOBER 21, 1940

**No. 44598.**——Protest 923027–G of Oscar Leistner, Inc. Application by Government for rehearing granted.